# NO. 12-14-00009-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *WILLIAM ROBERT PARKER,*<br>*APPELLANT* | *§* | *APPEAL FROM THE 123RD* |
| *V.* | *§* | *JUDICIAL DISTRICT COURT* |
| *CHARLES R. MITCHELL,*<br>*APPELLEE* | *§* | *SHELBY COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant has filed a motion to dismiss this pro se appeal. In his motion, Appellant states that there are still unresolved issues against other defendants. We interpret this as an assertion that the judgment he seeks to appeal is not a final judgment and therefore is not appealable. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Because Appellant has met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the motion is granted, and the appeal is *dismissed*.

Opinion delivered January 31, 2014.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

### JANUARY 31, 2014

### NO. 12-14-00009-CV

### WILLIAM ROBERT PARKER,
Appellant
V.
### CHARLES R. MITCHELL,
Appellee

Appeal from the 123rd District Court

of Shelby County, Texas (Tr.Ct.No. 13-CV-32,350)

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*